UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES FREEMAN, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>3COMMAS TECHNOLOGIES OU,<br><br>   Defendant. | Case No. 23-cv-00101-RFL<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 63 |

  Pursuant to the Court's order granting motion to dismiss and denying motion for jurisdictional discovery (Dkt. No. 63), judgment is entered in favor of Defendant, and against Plaintiffs.

Dated: September 3, 2024

                   Mark B. Busby
                   Clerk, United States District Court

                 By: _____

                   Melinda K. Lock, Deputy Clerk to
                   the Honorable Rita F. Lin